UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hopkins,
        Plaintiff(s),

V.
                                        CIVIL ACTION
                                        NO. 99-40186-NMG

Titan Sports, et al.,
        Defendant(s),

## ORDER OF RECUSAL

GORTON, D.J.

The Boston law firm of Kirkpatrick & Lockhart LLP has been retained to represent a party in this action. Due to the representation by that firm of a closely-held, family corporation of which the presiding Judge in this session is an officer, Judge Gorton hereby recuses himself in this matter.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: November 29, 2000